DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel.    (202) 514-2640
debra.carfora@usdoj.gov
john.do@usdoj.gov
brandon.adkins@usdoj.gov

*Attorneys for Defendants*

*Additional Parties and Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra, et al.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and ANDREW WHEELER, Administrator, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | No. 4:19-CV-03807-EMC<br><br>**STIPULATION TO STAY RESPONSIVE PLEADING DEADLINE PENDING RESOLUTION OF MOTION TO DISMISS IN RELATED MATTER AND [PROPOSED] ORDER** |

WHEREAS, plaintiffs the State of California, by and through Attorney General Xavier Becerra, the Commonwealth of Massachusetts, by and through Attorney General Maura Healey, and the States of Connecticut, Hawaii, Maine, Maryland, Minnesota, New Jersey, Oregon, Washington, and the District of Columbia (together, the States) filed a complaint for declaratory

1

Stipulation To Stay Responsive Pleading Deadline Pending Resolution of Motion to Dismiss in Related Matter and Proposed Order
(19-cv-03807-EMC)

and injunctive relief captioned *State of California, et al. v. U.S. Environmental Protection Agency, et al*. on June 28, 2019, case no. 4:19-cv-03807 (*AG's Case*);

WHEREAS, Plaintiffs' causes of action in the *AG's Case* are substantively similar to those alleged in the case captioned *Asbestos Disease Awareness Organization, et al. v. U.S. Environmental Protection Agency, et al*., filed on February 18, 2019, case no. 19-cv-00871-EMC, assigned to Judge Edward Chen (*ADAO Case*) in that both the *AG's Case* and the *ADAO Case* seek relief under each of the Toxic Substances Control Act ("TSCA") section 21(b)(4)(A), 15 U.S.C. § 2620(b)(4)(A), and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706;

WHEREAS, the *AG's Case* was designated as related to the *ADAO Case* and reassigned to Judge Chen on July 17, 2019 (ECF No. 26);

WHEREAS, EPA's responsive pleading deadline in the *AG's Case* is currently September 9, 2019;

WHEREAS, Defendants, the Environmental Protection Agency and Andrew R. Wheeler, Administrator of the Environmental Protection Agency (collectively "EPA"), moved in the *ADAO Case* to dismiss the APA claim for lack of subject matter jurisdiction on May 24, 2019. The motion is fully briefed and set for a hearing on September 5, 2019;

WHEREAS, consistent with Local Rule 6-1(a), the parties in the *AG's Case* mutually agree to stay the deadline for EPA's responsive pleading for ten (10) days after notice of the Court's ruling on the pending motion to dismiss in the related *ADAO Case*, to afford the parties in the *AG's Case* additional time to meet and confer regarding the effect, if any, of such ruling on this case;

WHEREAS, this stipulation will not alter the date of any event or deadline established by the Court in this matter.

2

Stipulation To Stay Responsive Pleading Deadline Pending Resolution of Motion to Dismiss in Related Matter and Proposed Order
(19-cv-03807-EMC)

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties:

1. The deadline for EPA to file its responsive pleading in the *AG's Case* shall be extended to the date ten (10) days following notice of the Court's ruling on the pending motion to dismiss in the related *ADAO Case.*

Dated: September 5, 2019

FOR THE STATE OF CALIFORNIA
ATTORNEY GENERAL XAVIER BECERRA

*/S/ MEGAN K. HEY (BY PERMISSION)*
_____

MEGAN K. HEY
Deputy Attorney General
*Attorneys for State of California*

Dated: September 5, 2019

FOR THE COMMONWEALTH OF MASSACHUSETTS
ATTORNEY GENERAL MAURA HEALEY

*/S/ I. ANDREW GOLDBERG (BY PERMISSION)*
_____

I. ANDREW GOLDBERG
Assistant Attorney General
(*admitted pro hac vice*)
*Attorneys for Commonwealth of Massachusetts*

Dated: September 5, 2019

FOR THE STATE OF CONNECTICUT
ATTORNEY GENERAL WILLIAM TONG

*/S/ MATTHEW I. LEVINE (BY PERMISSION)*
_____

MATTHEW I. LEVINE
SCOTT N. KOSCHWITZ
Assistant Attorneys General
State of Connecticut
Office of the Attorney General
P.O. Box 120
55 Elm Street
Hartford, CT 06141-0120
(860) 808-5250
matthew.levine@ct.gov
*Attorneys for State of Connecticut*

3

Stipulation To Stay Responsive Pleading Deadline Pending Resolution of Motion to Dismiss in Related Matter and Proposed Order
(19-cv-03807-EMC)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 5, 2019 | FOR THE STATE OF HAWAII<br>ATTORNEY GENERAL CLARE E. CONNORS |
| 3 | | /S/ WADE H. HARGROVE (BY PERMISSION) |
| 4 | | WADE H. HARGROVE III<br>Deputy Attorney General |
| 5 | | (*admitted pro hac vice*) |
| 6 | | Health and Human Services Division<br>Department of the Attorney General |
| 7 | | 465 South King Street, Room 200<br>Honolulu, Hawaii 96813 |
| 8 | | (808) 586-4070<br>wade.h.hargrove@hawaii.gov |
| 9 | | *Attorneys for State of Hawaii* |
| 10 | Dated:  September 5, 2019 | FOR THE STATE OF MAINE<br>ATTORNEY GENERAL AARON M. FREY |
| 11 | | |
| 12 | | /S/ KATHERINE TIERNEY (BY PERMISSION) |
| 13 | | KATHERINE TIERNEY<br>Assistant Attorney General |
| 14 | | (*admitted pro hac vice*)<br>Office of the Attorney General |
| 15 | | 6 State House Station<br>Augusta, ME 04333-0006 |
| 16 | | (207) 626-8897<br>katherine.tierney@maine.gov |
| 17 | | *Attorneys for State of Maine* |
| 18 | Dated:  September 5, 2019 | FOR THE STATE OF MARYLAND |
| 19 | | ATTORNEY GENERAL BRIAN E. FROSH |
| 20 | | /S/ STEVEN J. GOLDSTEIN (BY PERMISSION) |
| 21 | | STEVEN J. GOLDSTEIN<br>(*admitted pro hac vice*) |
| 22 | | Special Assistant Attorney General<br>Office of the Attorney General |
| 23 | | 200 Saint Paul Place<br>Baltimore, MD 21202 |
| 24 | | (410) 576-6414<br>sgoldstein@oag.state.md.us |
| 25 | | *Attorneys for State of Maryland* |
| 26 | | |
| 27 | | |
| 28 | | 4 |

| | | |
|---|---|---|
| 1 | Dated:  September 5, 2019 | FOR THE STATE OF MINNESOTA<br>ATTORNEY GENERAL KEITH ELLISON |
| 2 | | |
| 3 | | */S/ PHILIP PULITZER (BY PERMISSION)*<br>—————————————————— |
| 4 | | PHILIP PULITZER<br>(*admitted pro hac vice*)<br>Assistant Attorney General |
| 5 | | 900 Town Square Tower<br>445 Minnesota Street, Suite 900 |
| 6 | | St. Paul, Minnesota 55101-2127<br>(651) 757-1244 |
| 7 | | philip.pulitzer@ag.state.mn.us<br>*Attorneys for State of Minnesota* |
| 8 | | |
| 9 | Dated:  September 5, 2019 | FOR THE STATE OF NEW JERSEY<br>ATTORNEY GENERAL GURBIR S. GREWAL |
| 10 | | |
| 11 | | */S/ LISA MORELLI (BY PERMISSION)*<br>—————————————————— |
| 12 | | LISA MORELLI<br>Deputy Attorney General<br>Division of Law |
| 13 | | R.J. Hughes Justice Complex<br>25 Market Street, P.O. Box 093 |
| 14 | | Trenton, NJ 08625<br>(609) 376-2708 |
| 15 | | lisa.morelli@law.njoag.gov<br>*Attorneys for State of New Jersey* |
| 16 | | |
| 17 | Dated:  September 5, 2019 | FOR THE STATE OF OREGON<br>ATTORNEY GENERAL ELLEN F. |
| 18 | | ROSENBLUM |
| 19 | | */S/ PAUL GARRAHAN (BY PERMISSION)*<br>—————————————————— |
| 20 | | PAUL GARRAHAN<br>Attorney-in-Charge |
| 21 | | (*admitted pro hac vice*)<br>STEVE NOVICK |
| 22 | | Special Assistant Attorney General<br>(*admitted pro hac vice*) |
| 23 | | Natural Resources Section<br>Oregon Department of Justice |
| 24 | | 1162 Court Street, N.E.<br>Salem, Oregon  97301-4096 |
| 25 | | (503) 947-4342<br>paul.garrahan@doj.state.or.us |
| 26 | | steve.novick@doj.state.or.us<br>*Attorneys for State of Oregon* |
| 27 | | |
| 28 | | |

5

Stipulation To Stay Responsive Pleading Deadline Pending Resolution of Motion to Dismiss in Related Matter and Proposed Order

(19-cv-03807-EMC)

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  September 5, 2019 | FOR THE STATE OF WASHINGTON<br>ATTORNEY GENERAL ROBERT W. FERGUSON |
| 3 | | |
| 4 | | */S/ LAURA J. WATSON (BY PERMISSION)*<br>―――――――――――――――――――――― |
| 5 | | LAURA J. WATSON<br>*Senior Assistant Attorney General*<br>(*admitted pro hac vice*) |
| 6 | | CHEERFUL C. CATUNAO<br>*Assistant Attorney General* |
| 7 | | (*admitted pro hac vice*)<br>Ecology Division |
| 8 | | Office of the Attorney General<br>P.O. Box 40117 |
| 9 | | Olympia, WA 98504-0117<br>(360) 586-6770 |
| 10 | | laura.watson@atg.wa.gov<br>cheerful.catunao@atg.wa.gov |
| 11 | | *Attorneys for State of Washington* |

Dated:  September 5, 2019            FOR THE DISTRICT OF COLUMBIA
                                     ATTORNEY GENERAL KARL A. RACINE

                                     */S/ ROBYN R. BENDER (BY PERMISSION)*
                                     ――――――――――――――――――――――
                                     ROBYN R. BENDER
                                     Deputy Attorney General
                                     Public Advocacy Division
                                     CATHERINE A. JACKSON
                                     Chief, Public Integrity Section
                                     DAVID S. HOFFMANN
                                     Assistant Attorney General
                                     (*admitted pro hac vice*)
                                     441 Fourth Street N.W., Suite 650 North
                                     Washington, D.C. 20001
                                     (202) 442-9889
                                     david.hoffmann@dc.gov
                                     *Attorneys for the District of Columbia*

6

| | |
|---|---|
| Dated: September 5, 2019 | U.S. DEPARTMENT OF JUSTICE |
| | */s/ Debra J. Carfora* |
| | _____ |
| | DEBRA J. CARFORA |
| | JOHN THOMAS H. DO |
| | BRANDON N. ADKINS |
| | U.S. Department of Justice |
| | Environment & Natural Resources Division |
| | Environmental Defense Section |
| | P.O. Box 7611 |
| | Washington, DC 20044 |
| | *Attorneys for Defendants* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED this _____ day of September, 2019.

_____
EDWARD M. CHEN
United States District Judge

Stipulation To Stay Responsive Pleading Deadline Pending Resolution of Motion to Dismiss in Related Matter and Proposed Order
(19-cv-03807-EMC)

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing this 5th day of September, 2019, upon all ECF registered counsel of record using the Court's CM/ECF system.

/s/ *Debra J. Carfora*
Debra J. Carfora, Trial Attorney