DEBRA J. CARFORA
JOHN THOMAS H. DO
BRANDON N. ADKINS
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel.   (202) 514-2640
debra.carfora@usdoj.gov
john.do@usdoj.gov
brandon.adkins@usdoj.gov

*Attorneys for Defendants*

*Additional Parties and Counsel Listed on Signature Page*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, by and through Attorney General Xavier Becerra, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and ANDREW WHEELER, Administrator, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendants. | No. 4:19-CV-03807-EMC<br><br>**STIPULATED REQUEST FOR ORDER CHANGING DEFENDANTS' RESPONSIVE PLEADING DEADLINE TO DECEMBER 20, 2019 AND [PROPOSED] ORDER** |

WHEREAS, plaintiffs the State of California, by and through Attorney General Xavier Becerra, the Commonwealth of Massachusetts, by and through Attorney General Maura Healey, and the States of Connecticut, Hawaii, Maine, Maryland, Minnesota, New Jersey, Oregon, Washington, and the District of Columbia (together, the States) filed a complaint for declaratory

1

Stipulated Request for Order Changing Defendants' Responsive Pleading Deadline to December 20, 2019 and [Proposed] Order

(19-cv-03807-EMC)

and injunctive relief captioned *State of California, et al. v. U.S. Environmental Protection Agency, et al.* on June 28, 2019, case no. 4:19-cv-03807 (*AG's Case*);

WHEREAS, Plaintiffs' causes of action in the *AG's Case* are substantively similar to those alleged in the case captioned *Asbestos Disease Awareness Organization, et al. v. U.S. Environmental Protection Agency, et al.*, filed on February 18, 2019, case no. 19-cv-00871-EMC, assigned to Judge Edward Chen (*ADAO Case*) in that both the *AG's Case* and the *ADAO Case* seek relief under each of the Toxic Substances Control Act ("TSCA") section 21, 15 U.S.C. § 2620, and the Administrative Procedure Act ("APA"), 5 U.S.C. § 706;

WHEREAS, the *AG's Case* was designated as related to the *ADAO Case* and reassigned to Judge Chen on July 17, 2019 (ECF No. 26);

WHEREAS, Defendants, the Environmental Protection Agency and Andrew R. Wheeler, Administrator of the Environmental Protection Agency (collectively "EPA"), moved in the *ADAO Case* to dismiss the APA claim for lack of subject matter jurisdiction;

WHEREAS, on September 9, 2019, the Court issued an order extending the deadline for EPA's responsive pleading in this case to ten (10) days after notice of the Court's ruling on the then pending motion to dismiss in the related *ADAO Case*, to afford the parties in the *AG's Case* additional time to meet and confer regarding the effect, if any, of such ruling on this case, (*AG's Case*, ECF No. 41);

WHEREAS, on November 15, 2019, the Court issued an order denying EPA's motion to dismiss, but dismissing with prejudice the ADAO Plaintiffs' TSCA Section 21 claim for *de novo* review, (*ADAO Case*, ECF No. 43);

WHEREAS, EPA's responsive pleading deadline in this case is currently November 25, 2019, (*AG's Case*, ECF No. 41);

WHEREAS, consistent with Local Rule 6-1(b), the parties in the *AG's Case* mutually agree to extend the deadline for EPA's responsive pleading until December 20, 2019, to afford the parties in the *AG's Case* additional time to meet and confer regarding the effect, if any, of the Court's November 15, 2019 Order on this case;

2

Stipulated Request for Order Changing Defendants' Responsive Pleading Deadline to December 20, 2019 and [Proposed] Order

(19-cv-03807-EMC)

1   WHEREAS, the parties in the *AG's Case* mutually agree that should briefing be required
2   to address any potential areas of dispute concerning how this case should proceed, the parties will
3   meet and confer further to propose a briefing schedule for the Court.
4   Accordingly, the parties jointly stipulate and request that the Court enter the attached
5   order providing that:
6   1.   The deadline for EPA to file its responsive pleading in the *AG's Case* shall be
7   extended to December 20, 2019; and
8   2.   Should briefing be required to address any potential areas of dispute concerning how
9   this case should proceed, the parties will meet and confer further to propose a briefing schedule
10  for the Court.
11  Respectfully submitted,

12  Dated:  November 22, 2019                FOR THE STATE OF CALIFORNIA
                                             ATTORNEY GENERAL XAVIER BECERRA
13
                                             */S/ MEGAN K. HEY (BY PERMISSION)*
14  _____
                                             MEGAN K. HEY
15                                           Deputy Attorney General
                                             *Attorneys for State of California*
16

17  Dated:  November 22, 2019                FOR THE COMMONWEALTH OF
                                             MASSACHUSETTS
18                                           ATTORNEY GENERAL MAURA HEALEY

19                                           */S/ I. ANDREW GOLDBERG (BY PERMISSION)*
    _____
20                                           I. ANDREW GOLDBERG
                                             Assistant Attorney General
21                                           (*admitted pro hac vice*)
                                             *Attorneys for Commonwealth of*
22                                           *Massachusetts*

23

24

25

26

27

28
                                            3

| | | |
|---|---|---|
| 1 | Dated:  November 22, 2019 | FOR THE STATE OF CONNECTICUT<br>ATTORNEY GENERAL WILLIAM TONG |
| 2 | | |
| 3 | | */s/ MATTHEW I. LEVINE (BY PERMISSION)*<br>――――――――――――――――――― |
| 4 | | MATTHEW I. LEVINE<br>SCOTT N. KOSCHWITZ |
| | | Assistant Attorneys General |
| 5 | | State of Connecticut<br>Office of the Attorney General |
| 6 | | P.O. Box 120<br>55 Elm Street |
| 7 | | Hartford, CT 06141-0120<br>(860) 808-5250 |
| 8 | | matthew.levine@ct.gov<br>*Attorneys for State of Connecticut* |
| 9 | | |
| 10 | | |
| 11 | Dated:  November 22, 2019 | FOR THE STATE OF HAWAII<br>ATTORNEY GENERAL CLARE E. CONNORS |
| 12 | | */s/ WADE H. HARGROVE III (BY PERMISSION)*<br>――――――――――――――――――― |
| 13 | | WADE H. HARGROVE III |
| 14 | | Deputy Attorney General<br>(*admitted pro hac vice*) |
| 15 | | Health and Human Services Division<br>Department of the Attorney General |
| 16 | | 465 South King Street, Room 200<br>Honolulu, Hawaii 96813 |
| 17 | | (808) 586-4070<br>wade.h.hargrove@hawaii.gov |
| 18 | | *Attorneys for State of Hawaii* |
| 19 | Dated:  November 22, 2019 | FOR THE STATE OF MAINE |
| 20 | | ATTORNEY GENERAL AARON M. FREY |
| 21 | | */s/ KATHERINE TIERNEY (BY PERMISSION)*<br>――――――――――――――――――― |
| 22 | | KATHERINE TIERNEY<br>Assistant Attorney General |
| 23 | | (*admitted pro hac vice*)<br>Office of the Attorney General |
| 24 | | 6 State House Station<br>Augusta, ME 04333-0006 |
| 25 | | (207) 626-8897<br>katherine.tierney@maine.gov |
| 26 | | *Attorneys for State of Maine* |
| 27 | | |
| 28 | | |

4

Stipulated Request for Order Changing Defendants' Responsive Pleading Deadline to December 20, 2019 and [Proposed] Order
(19-cv-03807-EMC)

| | | |
|---|---|---|
| 1 | Dated: November 22, 2019 | FOR THE STATE OF MARYLAND<br>ATTORNEY GENERAL BRIAN E. FROSH |
| 2 | | |
| 3 | | */s/ STEVEN J. GOLDSTEIN (BY PERMISSION)*<br>———————————————————— |
| 4 | | STEVEN J. GOLDSTEIN<br>(*admitted pro hac vice*) |
| 5 | | Special Assistant Attorney General<br>Office of the Attorney General<br>200 Saint Paul Place |
| 6 | | Baltimore, MD 21202 |
| 7 | | (410) 576-6414<br>sgoldstein@oag.state.md.us<br>*Attorneys for State of Maryland* |
| 8 | | |
| 9 | Dated: November 22, 2019 | FOR THE STATE OF MINNESOTA<br>ATTORNEY GENERAL KEITH ELLISON |
| 10 | | |
| 11 | | */s/ PHILIP PULITZER (BY PERMISSION)*<br>———————————————————— |
| 12 | | PHILIP PULITZER<br>(*admitted pro hac vice*) |
| 13 | | Assistant Attorney General<br>900 Town Square Tower |
| 14 | | 445 Minnesota Street, Suite 900<br>St. Paul, Minnesota 55101-2127 |
| 15 | | (651) 757-1244<br>philip.pulitzer@ag.state.mn.us<br>*Attorneys for State of Minnesota* |
| 16 | | |
| 17 | Dated: November 22, 2019 | FOR THE STATE OF NEW JERSEY<br>ATTORNEY GENERAL GURBIR S. GREWAL |
| 18 | | |
| 19 | | */s/ LISA MORELLI (BY PERMISSION)*<br>———————————————————— |
| 20 | | LISA MORELLI<br>Deputy Attorney General |
| 21 | | Division of Law<br>R.J. Hughes Justice Complex |
| 22 | | 25 Market Street, P.O. Box 093<br>Trenton, NJ 08625 |
| 23 | | (609) 376-2708<br>lisa.morelli@law.njoag.gov<br>*Attorneys for State of New Jersey* |

5

Stipulated Request for Order Changing Defendants' Responsive Pleading Deadline to December 20, 2019 and [Proposed] Order

(19-cv-03807-EMC)

| | |
|---|---|
| Dated:  November 22, 2019 | FOR THE STATE OF OREGON<br>ATTORNEY GENERAL ELLEN F. ROSENBLUM<br><br>*/s/ PAUL GARRAHAN (BY PERMISSION)*<br>―――――――――――――――――<br>PAUL GARRAHAN<br>Attorney-in-Charge<br>(*admitted pro hac vice*)<br>STEVE NOVICK<br>Special Assistant Attorney General<br>(*admitted pro hac vice*)<br>Natural Resources Section<br>Oregon Department of Justice<br>1162 Court Street, N.E.<br>Salem, Oregon  97301-4096<br>(503) 947-4342<br>paul.garrahan@doj.state.or.us<br>steve.novick@doj.state.or.us<br>*Attorneys for State of Oregon* |
| Dated:  November 22, 2019 | FOR THE STATE OF WASHINGTON<br>ATTORNEY GENERAL ROBERT W. FERGUSON<br><br>*/s/ LAURA J. WATSON (BY PERMISSION)*<br>―――――――――――――――――<br>LAURA J. WATSON<br>*Senior Assistant Attorney General*<br>(*admitted pro hac vice*)<br>CHEERFUL C. CATUNAO<br>*Assistant Attorney General*<br>(*admitted pro hac vice*)<br>Ecology Division<br>Office of the Attorney General<br>P.O. Box 40117<br>Olympia, WA 98504-0117<br>(360) 586-6770<br>laura.watson@atg.wa.gov<br>cheerful.catunao@atg.wa.gov<br>*Attorneys for State of Washington* |

6

Stipulated Request for Order Changing Defendants' Responsive Pleading Deadline to December 20, 2019 and [Proposed] Order

(19-cv-03807-EMC)

| | | |
|---|---|---|
| 1 | Dated:  November 22, 2019 | FOR THE DISTRICT OF COLUMBIA<br>ATTORNEY GENERAL KARL A. RACINE |
| 2 | | |
| 3 | | */s/ ROBYN R. BENDER (BY PERMISSION)* |
| 4 | | ROBYN R. BENDER<br>Deputy Attorney General |
| 5 | | Public Advocacy Division<br>CATHERINE A. JACKSON |
| 6 | | Chief, Public Integrity Section<br>DAVID S. HOFFMANN |
| 7 | | Assistant Attorney General<br>(*admitted pro hac vice*) |
| 8 | | 441 Fourth Street N.W., Suite 650 North<br>Washington, D.C. 20001 |
| 9 | | (202) 442-9889<br>david.hoffmann@dc.gov |
| 10 | | *Attorneys for the District of Columbia* |
| 14 | Dated:  November 22, 2019 | U.S. DEPARTMENT OF JUSTICE |
| 15 | | */s/ Debra J. Carfora* |
| 16 | | DEBRA J. CARFORA |
| 17 | | JOHN THOMAS H. DO<br>BRANDON N. ADKINS |
| 18 | | U.S. Department of Justice<br>Environment & Natural Resources Division |
| 19 | | Environmental Defense Section<br>P.O. Box 7611 |
| 20 | | Washington, DC 20044 |
| 21 | | *Attorneys for Defendants* |

7

Stipulated Request for Order Changing Defendants' Responsive Pleading Deadline to December 20, 2019 and [Proposed] Order

(19-cv-03807-EMC)

**[PROPOSED] ORDER**

Before the Court is the parties' Stipulated Request for Order Changing Defendants' Responsive Pleading Deadline to December 20, 2019. Upon due consideration, and for good cause shown, the parties' request is hereby GRANTED.

PURSUANT TO STIPULATION IT IS SO ORDERED that:

1. The deadline for EPA to file a responsive pleading is extended to December 20, 2019; and

2. Should briefing be required to address any potential areas of dispute concerning how this case should proceed, the parties will meet and confer further to propose a briefing schedule for the Court.

DATED this __22nd__ day of __November__, 2019

_____
EDWARD M. CHEN
United States District Judge