JEAN E. WILLIAMS
Acting Assistant Attorney General

DEBRA J. CARFORA
BRANDON N. ADKINS
U.S. Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640
Fax: (202) 514-8865
Email: debra.carfora@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ASBESTOS DISEASE AWARENESS ORGANIZATION, et al., | Case No. 3:19-CV-00871-EMC |
| *Plaintiffs,* | **STIPULATION AND [PROPOSED] ORDER REGARDING EPA'S MOTION TO ALTER OR AMEND JUDGMENT UNDER RULE 59 OR FOR RELIEF UNDER RULE 60** |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants.* | |
| | |
| STATE OF CALIFORNIA, by and through Attorney General Rob Bonta, et al., | |
| *Plaintiffs,* | Case No. 3:19-CV-03807-EMC |
| v. | |
| U.S. ENVIRONMENTAL PROTECTION AGENCY, et al., | |
| *Defendants.* | |

WHEREAS, on February 19, 2019, Asbestos Disease Awareness Organization, American Public Health Association, Center for Environmental Health, Environmental Working Group, Environmental Health Strategy Center, and Safer Chemicals Healthy Families ("ADAO Plaintiffs") filed an amended complaint in the U.S. District Court for the Northern District of California against Andrew Wheeler, as Acting Administrator of the United States Environmental Protection Agency, and the United States Environmental Protection Agency (collectively, "EPA") for declaratory and injunctive relief captioned *Asbestos Disease Awareness Organization v. EPA*, No. 19-CV-00871 ("ADAO Case");

WHEREAS, on June 28, 2019, the State of California, by and through then Attorney General Xavier Becerra, the Commonwealth of Massachusetts, by and through Attorney General Maura Healey, and the States of Connecticut, Hawaii, Maine, Maryland, Minnesota, New Jersey, Oregon, Washington, and the District of Columbia ("AGs," together with the ADAO Plaintiffs, "Plaintiffs") filed a complaint in the U.S. District Court for the Northern District of California against EPA for declaratory and injunctive relief captioned *State of California v. EPA*, No. 19-CV-03807 ("AGs' Case");

WHEREAS, the above-referenced cases were consolidated per a stipulated order ("Consolidated Cases");

WHEREAS, in the Consolidated Cases, the Court construed Plaintiffs' administrative petitions brought under section 21(a) of the Toxic Substances Control Act ("TSCA") as seeking amendments to the Chemical Data Reporting ("CDR") rule to require additional reporting on asbestos and asbestos-containing products;

WHEREAS, on December 22, 2020, after full briefing and oral argument, the Court issued an opinion granting summary judgment to Plaintiffs and denying summary judgment to EPA ("Summary Judgment Order");

WHEREAS, the Summary Judgement Order directed EPA to "amend its CDR reporting rule pursuant to its authority under 15 U.S.C. § 2607(a)(1)(A) (i.e., under Section 8(a) of TSCA),

to address the information-gathering deficiencies identified herein" (Summary Judgment Order 35);

WHEREAS, on January 5, 2021, the Court entered judgment pursuant to Federal Rule of Civil Procedure 58 in favor of Plaintiffs ("Judgment");

WHEREAS, on February 2, 2021, EPA filed a Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60 ("EPA's Motion," ADAO Case ECF No. 62; AGs' Case ECF No. 74);

WHEREAS, EPA's Motion asked the Court to alter or modify the Judgment or otherwise grant relief consistent with the remedy available under section 706(2) of the Administrative Procedure Act ("APA") by, among other things, vacating a specific instruction that EPA amend the CDR rule;

WHEREAS, Plaintiffs opposed EPA's Motion (ADAO Case ECF No. 67; AGs' Case ECF No. 79) on the grounds that the remedy ordered by the Court was authorized under section 21(b)(4)(A) of TSCA and section 706(1) of the APA;

WHEREAS, the parties to the ADAO Case and the AGs' Case agree that section 21(b)(4)(A) of TSCA authorizes the Court to direct EPA "to initiate a rulemaking proceeding as requested in the petition";

WHEREAS, the parties to the ADAO Case and the AGs' Case also agree that where a petition under TSCA section 21(a) seeks amendment of an existing rule, denial of the petition is judicially reviewable under section 21(b)(4)(A) subject to the scope and standard of review provided in section 706(2) of the APA;

WHEREAS, pursuant to Rule 15(b) of the FRCP, the ADAO Plaintiffs and the AGs have moved for leave to file amended complaints expressly stating such causes of action under TSCA section 21(b)(4)(A) and removing their causes of action under the APA;

WHEREAS, EPA does not oppose such motions for leave to file amended complaints; and

WHEREAS, the parties have entered into the attached Settlement Agreement under which EPA has agreed to initiate a rulemaking proceeding to require reporting under TSCA section 8(a)

3

Stipulation and [Proposed] Order Regarding EPA's Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60
Case Nos. 3:19-CV-00871-EMC; 3:19-CV-03807-EMC

on asbestos in a manner that addresses the information-gathering deficiencies identified in the Court's Summary Judgment Order;

WHEREAS, the parties agree not to appeal or otherwise seek modification of the January 5, 2021 Judgment in this case if this Stipulation and Order is approved by the Court.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the parties to the ADAO Case and the AGs' Case, that:

1. Plaintiffs' unopposed motions to amend their complaints are granted;

2. The Court's instruction on page 35 of the December 22, 2020 Summary Judgment Order, that EPA "amend its CDR reporting rule pursuant to its authority under 15 U.S.C. § 2607(a)(1)(A) (*i.e.*, under Section 8(a) of TSCA), to address the information-gathering deficiencies identified therein" is **VACATED**;

3. The Court's December 22, 2020 Summary Judgment Order is **AMENDED** to read as follows: "The EPA is directed to initiate a rulemaking proceeding to require reporting on asbestos under 15 U.S.C. § 2607(a)(1)(A) (*i.e.*, under Section 8(a) of TSCA) that addresses the information-gathering deficiencies identified herein";

4. The Court **DENIES AS MOOT and DISMISSES WITH PREJUDICE** EPA's Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60 (ADAO Case ECF No. 62 and AGs' Case ECF No. 74); and

5. The Court retains jurisdiction for purposes of ensuring compliance with its Orders.

Respectfully submitted,

Dated: June 7, 2021

*/s/ Robert M. Sussman (with permission)*
ROBERT M. SUSSMAN
Sussman & Associates
3101 Garfield Street, NW
Washington, DC 20008
(202) 716-0118
bobsussman1@comcast.net

*Attorney for ADAO Plaintiffs*

4

Stipulation and [Proposed] Order Regarding EPA's Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60
Case Nos. 3:19-CV-00871-EMC; 3:19-CV-03807-EMC

Dated:  June 7, 2021

FOR THE STATE OF CALIFORNIA
ATTORNEY GENERAL ROB BONTA

*/s/ Megan K. Hey (with permission)*
MEGAN K. HEY
ELIZABETH B. RUMSEY
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, CA  90013
(213) 269-6344
*Attorneys for State of California, by and through*
*Attorney General Xavier Becerra*

*Attorneys for State of California*

Dated: June 7, 2021

FOR THE COMMONWEALTH OF MASSACHUSETTS
ATTORNEY GENERAL MAURA HEALEY

*/s/ I. Andrew Goldberg (with permission)*
I. ANDREW GOLDBERG
Assistant Attorney General
Environmental Protection Division
One Ashburton Place, 18th Floor
Boston, MA  02108
(617) 963-2429

*Attorneys for Commonwealth of Massachusetts*

Stipulation and [Proposed] Order Regarding EPA's Motion to Alter or Amend Judgment Under
Rule 59 or For Relief Under Rule 60
Case Nos. 3:19-CV-00871-EMC; 3:19-CV-03807-EMC

Dated: June 7, 2021

FOR THE STATE OF CONNECTICUT
ATTORNEY GENERAL WILLIAM TONG

*/s/ Matthew I. Levine (with permission)*

MATTHEW I. LEVINE
Deputy Associate Attorney General
SCOTT N. KOSCHWITZ
Assistant Attorney General
State of Connecticut
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
*Attorneys for State of Connecticut, by and through Attorney General William Tong*

Dated: June 7, 2021

FOR THE STATE OF HAWAII
ATTORNEY GENERAL CLARE E. CONNORS

*/s/ Wade H. Hargrove III (with permission)*

WADE H. HARGROVE III
Deputy Attorney General
(*admitted pro hac vice*)
Health and Human Services Division
Department of the Attorney General
465 South King Street, Room 200
Honolulu, Hawaii 96813
(808) 586-4070
wade.h.hargrove@hawaii.gov

*Attorneys for State of Hawaii*

Dated: June 7, 2021

FOR THE STATE OF MAINE
ATTORNEY GENERAL AARON M. FREY

*/s/ Katherine Tierney (with permission)*

KATHERINE TIERNEY
Assistant Attorney General
(*admitted pro hac vice*)
Office of the Attorney General
6 State House Station
Augusta, ME 04333-0006
(207) 626-8897
katherine.tierney@maine.gov
*Attorneys for State of Maine*

Stipulation and [Proposed] Order Regarding EPA's Motion to Alter or Amend Judgment Under
Rule 59 or For Relief Under Rule 60
Case Nos. 3:19-CV-00871-EMC; 3:19-CV-03807-EMC

Dated: June 7, 2021            FOR THE STATE OF MARYLAND
ATTORNEY GENERAL BRIAN E. FROSH

*/s/ Steven J. Goldstein (with permission)*
STEVEN J. GOLDSTEIN
Special Assistant Attorney General
(*admitted pro hac vice*)
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD 21202
(410) 576-6414 sgoldstein@oag.state.md.us

*Attorneys for State of Maryland*

Dated: June 7, 2021            FOR THE STATE OF MINNESOTA
ATTORNEY GENERAL KEITH ELLISON

*/s/ Philip Pulitzer (with permission)*
PHILIP PULITZER
Assistant Attorney General
(*admitted pro hac vice*)
900 Town Square Tower
445 Minnesota Street, Suite 900
St. Paul, Minnesota 55101-2127
(651) 757-1244
philip.pulitzer@ag.state.mn.us

*Attorneys for State of Minnesota*

Dated: June 7, 2021            FOR THE STATE OF NEW JERSEY
ATTORNEY GENERAL GURBIR S. GREWAL

*/s/ Lisa Morelli (with permission)*
LISA MORELLI
Deputy Attorney General
Division of Law
R.J. Hughes Justice Complex
25 Market Street, P.O. Box 093
Trenton, NJ 08625
(609) 376-2708
lisa.morelli@law.njoag.gov

*Attorneys for State of New Jersey*

Stipulation and [Proposed] Order Regarding EPA's Motion to Alter or Amend Judgment Under
Rule 59 or For Relief Under Rule 60
Case Nos. 3:19-CV-00871-EMC; 3:19-CV-03807-EMC

Dated: June 7, 2021

FOR THE STATE OF OREGON
ATTORNEY GENERAL ELLEN F. ROSENBLUM

*/s/ Paul Garrahan (with permission)*
PAUL GARRAHAN
Attorney-in-Charge
(*admitted pro hac vice*)
STEVE NOVICK
Special Assistant Attorney General
(*admitted pro hac vice*)
Natural Resources Section
Oregon Department of Justice
1162 Court Street, N.E.
Salem, Oregon  97301-4096
(503) 947-4342
paul.garrahan@doj.state.or.us
steve.novick@doj.state.or.us
*Attorneys for State of Oregon*

Dated: June 7, 2021

FOR THE STATE OF WASHINGTON
ATTORNEY GENERAL ROBERT W. FERGUSON

*/s/ Jonathan C. Thompson (with permission)*
JONATHAN C. THOMPSON
Assistant Attorney General
(*admitted pro hac vice*)
Ecology Division
Office of the Attorney General
P.O. Box 40117
Olympia, WA 98504-0117
(360) 586-6740
jonathan.thompson@atg.wa.gov

*Attorney for State of Washington*

8

Dated: June 7, 2021

FOR THE DISTRICT OF COLUMBIA
ATTORNEY GENERAL KARL A. RACINE

*/s/ Robyn R. Bender (with permission)*
ROBYN R. BENDER
Deputy Attorney General
Public Advocacy Division
CATHERINE A. JACKSON
Chief, Public Integrity Section
DAVID S. HOFFMANN
Assistant Attorney General
(*admitted pro hac vice*)
441 Fourth Street N.W., Suite 650 North
Washington, D.C. 20001
(202) 442-9889
david.hoffmann@dc.gov

*Attorneys for the District of Columbia*

Dated: June 7, 2021

FOR DEFENDANTS

JEAN E. WILLIAMS
ACTING ASSISTANT ATTORNEY GENERAL

*/s/ Brandon N. Adkins*
DEBRA J. CARFORA
BRANDON N. ADKINS
United States Department of Justice
Environmental & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 514-2640 (Carfora)
Tel: (202) 616-9174 (Adkins
Email: debra.carfora@usdoj.gov
Email: brandon.adkins@usdoj.gov

*Attorneys for Defendants*

\*        \*        \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____

Edward M. Chen
United States District Judge

9

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2021, a true and correct copy of the foregoing Stipulation and [Proposed] Order Regarding EPA's Motion to Alter or Amend Judgment Under Rule 59 or For Relief Under Rule 60 was filed electronically with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Brandon N. Adkins*
Brandon N. Adkins
United States Department of Justice